No. 244, Misc. PETTETT v. UNITED STATES, *ante,* p. 917. Motion for leave to file petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 266, Misc. NELSON v. OREGON, *ante,* p. 964; and

No. 303, Misc. ABEL v. BETO, CORRECTIONS DIRECTOR, *ante,* p. 872. Motions for leave to file petitions for rehearing denied.